IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO PETERSON PARODIS,
MIGUELINA MONTES-PONCE

PLAINTIFF

V.                                CIVIL NO. 97-2226 (DRD)

UNITED STATES OF AMERICA

DEFENDANT

---

## O R D E R

At the request of plaintiff's counsel during the Pretrial Conference of August 11, 1999, considering that the attorney for defendant informed that the Veterans Administration lacks records on the address of physicians Dr. Arlene Martínez-Nieto, Dr. Jesús A. Flores, and Dr. Mary C. Lugo Cruz, and in view of plaintiff's intention to depose those physicians-residents that were working at the VA hospital at pertinent times during 1993 and 1994, and further relying on the representation of the attorney for defendant that the Veterans Administration did not pay for their salaries not kept records on those residents, but the University of Puerto Rico through its School of Medicine, it is hereby

ORDERED, that the University of Puerto Rico through the director of its School of Medicine should make available and produce to plaintiff all documents on the last residential address, and telephone number of Dr. Arlene Martínez Nieto, Dr. Jesús A. Flores, and Dr. Mary C. Lugo-Cruz, who allegedly participated in the residence training program of its School of Medicine at



pertinent times during 1993 and 1994, and also the identity and last residential address and telephone number of the nearest relative not living with them and of the person to contact in emergencies as the personnel and other records of the School of Medicine of the University of Puerto Rico may reveal.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of September 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE