UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: October 25, 1999 |

**CIVIL NO. 97-2226 (DRD)**

Courtroom Deputy:  Janet **GONZALEZ**

================================================================

| | |
|---|---|
| PEDRO PETERSON PARODIS, et al. | Attorneys: Luis MELLADO |
| v. | |
| UNITED STATES OF AMERICA | AUSA- José SANTOS MIMOSO |

================================================================

**STATUS CONFERENCE** is held in chambers.  The Court advises counsel that he is presently presiding over a Jury Trial in Civil 92-1322 which is expected to last until November 15, 1999.

Hence, Non-Jury Trial scheduled for today is re-set for **February 15, 2000 at 9:00 A.M.** Counsel are in agreement with this new setting.   Estimated trial length is three days.

_____
COURTROOM DEPUTY

s/c: Counsel of record