## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Date: February 1, 2000

PEDRO PETERSON PARODIS, et al.                CIVIL NO. 97-2226 (DRD)

    Plaintiffs
v.

UNITED STATES OF AMERICA

    Defendants

BY ORDER OF THE COURT, this case is set for Settlement Conference on **Friday, February 11, 2000 at 10:00 A.M.** before Senior Judge Robert J. Ward.

Non-Jury Trial remains as set for February 15, 2000.

                                                          Courtroom Deputy

s/c: Luis Mellado, Esq.
     AUSA-José Santos Mimoso