UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO PETERSON-PARODIS, and MIGUELINA MONTES-PONCE,

v.  CASE NUMBER: 97-2226 (DRD)

UNITED STATES OF AMERICA.

| ORDER |
|---|

The parties, on March 6, 2000, filed a Stipulation of Compromise Settlement, requesting that the Court dismiss this case with prejudice and without imposition of costs and attorney's fees. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the parties motion, the Court **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees. Judgment shall be entered accordingly. IT IS SO ORDERED.

**Date**: March 6, 2000

P:\PEACHORD ERS\97-2226 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:  EOD:

By: _____ # 29