UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO PETERSON-PARODIS, and MIGUELINA MONTES-PONCE,
    v.                                                    CASE NUMBER: 97-2226 (DRD)
UNITED STATES OF AMERICA.

| JUDGMENT |
|---|

In accordance with the Court's Order of this same date, the Court hereby **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees.
IT IS SO ADJUDGED AND DECREED.

Date: March 6, 2000                              DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\97-2226 DIS                       U.S. District Judge

RECEIVED AND FILED
00 MAR -7 AM 8:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:            EOD:

By: _____  # 30